# Court of Appeals
# of the State of Georgia

ATLANTA,___May 11, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1492.   KELVIN DAVIS v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling in the magistrate court, Kelvin Davis filed a notice of appeal in the superior court. Federal National Mortgage Association filed a motion to dismiss. In response, Davis filed a plea in abatement. The superior court granted the motion to dismiss and denied Davis's plea in abatement. Thereafter, Davis, through attorney Grady Roberts, filed this direct appeal. We, however, lack jurisdiction.

Because the superior court's order disposed of a de novo appeal from a magistrate court decision, Davis was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Davis's failure to follow this procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.

In light of previous appeals filed by Roberts that were dismissed on the same ground, he cannot reasonably have believed that we have jurisdiction to consider this direct appeal. We therefore exercise our authority under Court of Appeals Rule 15 (b) to assess a frivolous appeal penalty in the amount of $2,500 against attorney Roberts. This penalty is imposed against attorney Grady Roberts, not against applicant Kelvin Davis.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*___05/11/2016___
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*